*FOR PUBLICATION*                                              *ORDER*

```
IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
           DIVISION OF ST. CROIX
            APPELLATE DIVISION
```

SYLVESTER HODGE,                    )
                                    )
                                    ) D.C. CRIM. APP. NO. 2007/0010
              Appellant,            ) Re: Sup.Ct.Crim.No. F477/2005
                                    )
         v.                         )
                                    )
PEOPLE OF THE VIRGIN ISLANDS,       )
                                    )
              Appellee,             )
                                    ) Consolidated with:
ALI BENJAMIN,                       )
                                    )
                                    )
              Appellant,            )
                                    )
         v.                         ) D.C. Crim. APP. NO. 2006/0019
                                    ) Re: Sup.Ct.Crim.No. 478/2005
PEOPLE OF THE VIRGIN ISLANDS,       )
                                    )
              Appellee.             )
                                    )

On Appeal from the Superior Court of the Virgin Islands

Considered: September 18, 2009
Filed: January 28, 2011

BEFORE:   CURTIS V. GÓMEZ, Chief Judge, District Court of the
          Virgin Islands; RAYMOND L. FINCH, Judge of the District
          Court of the Virgin Islands; and BRENDA J. HOLLAR,
          Judge of the Superior Court of the Virgin Islands,
          sitting by designation.

*Sylvester Hodge & Ali Benjamin v. People of the Virgin Islands*
D.C. Crim. App. No. 2007-010 & D.C. Crim. App. No. 2006-019
ORDER
Page 2

**ATTORNEYS:**

**Debra S. Watlington, Esq., TPD**
St. Croix, U.S.V.I.
    Attorney for Appellant, Sylvester Hodge,

**Michael J. Sanford, Esq.**
St. Croix, U.S.V.I.
    Attorney for Appellant, Ali Benjamin,

**Maureen Phelan, Esq., AAG & Richard S. Davis, Esq., AAG**
St. Thomas/St. Croix, U.S.V.I.
    Attorneys for Appellee.

**Per Curiam.**

| **ORDER** |
|---|

    **AND NOW**, for the reasons more fully cited in a Memorandum Opinion of even date, it is hereby

    **ORDERED** that the Superior Court's judgment of conviction is **VACATED**. It is further

    **ORDERED** that this matter is **REMANDED** for further proceedings, including a new trial

    **SO ORDERED** this 28 day of January 2011.

A T T E S T:
WILFREDO F. MORALES
Clerk of the Court

By: _____
Deputy Clerk

*Sylvester Hodge & Ali Benjamin v. People of the Virgin Islands*
D.C. Crim. App. No. 2007-010 & D.C. Crim. App. No. 2006-019
ORDER
Page 3

Copies To:

Hon. Curtis V. Gòmez
Hon. Raymond L. Finch
Hon. Brenda J. Hollar
Venetia Velazquez, Esq., Clerk of the Superior Court
Queen Terry, Esq.

Debra S. Watlington, Esq., TPD
Michael J. Sanford, Esq.
Maureen Phelan, Esq., AAG
Richard S. Davis, Esq., AAG